IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEITH BALDWIN, RONALD VILORIA, MICHAEL W. HALE, and ANNA SAWINIUK,<br><br>Plaintiffs,<br><br>vs.<br><br>RANDON WILSON; DORSEY & WHITNEY LLP; CHRISTOPHER G. GLYNN aka CHRISTIAN J. HEMMANN; GEOCURE GLOBAL HIVE COOPERATIVE; PUREHIVE MAUI BEEHAB, LLC; PUREHIVE HAWAIIAN ISLANDS, INC.; PUREHIVE, INC.; JOHN DOES 1–10; JANE DOES 1–10; DOE PARTNERSHIPS 1–10; DOE CORPORATIONS 1–10; and DOE ENTITIES 1–10,<br><br>Defendants. | CIV. NO. 21-00109 JMS-KJM<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT, ECF NO. 101 |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT, ECF NO. 101**

Findings and Recommendation having been filed and served on all parties on January 30, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: February 17, 2023, Honolulu, Hawaii.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Baldwin, et al. v. Wilson, et al.*, Civ. No. 21-00109 JMS-KJM, Order Adopting Magistrate Judge's Findings and Recommendation to Grant Plaintiffs' Petition for Determination of Good Faith Settlement, ECF No. 101